# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Christopher Montoya

**WARRANT FOR ARREST**

Case Number:
DR:21-M -00416(1)

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____(1) Christopher Montoya_____
                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description)

*On March 8, 2021 Defendant Montoya, Christopher a U.S. Citizen, was arrested near Eagle Pass, Texas within the Western District of Texas for transporting six illegal aliens in furtherance into the United States. Border Patrol agents operating an established immigration checkpoint when the Defendant drove up pulling a closed compact U-Haul trailer. After a canine alert, agents found six individuals concealed inside the trailer admitted that they are citizens of Honduras and Mexico present in the United States illegally with no legal documentation to remain in the United States.  Vehicle license checks indicate the vehicle passed the checkpoint going to Eagle Pass about 30 minutes before it returned going the opposite direction. Individuals were able to identify driver who open and closed the tailer.*

in violation of Title ___8___ United States Code, Section(s) __1324(a)(1)(A)(ii)__

COLLIS WHITE
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

March, 10, 2021 DEL RIO, Texas
Date and Location

Bail Fixed at $ _____   by   _____
                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>March 10, 2021 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>March 08, 2021 | Olivas, Joey<br>Border Patrol Agent | *[signature]* |